To: MR. Abel ACOSTA - CLERK
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, TX, 78711

RE: WR-84,206-02

Dear Sir,

On 12-16-15 I recieved a white card saying my writ of Habeas Corpus was dismissed for Non-compliance with Tx. Rule of Appellate Procedure 73.1.

Attached is confirmation of logging and mailing of correspondence to this court seeking leave to Amend/supplement application, that was sent to you 11-16-15.

Since the court never considered it - I need to know 2 things: ① Can I amend my application and re-submit it to the trial court - or will it be filed as a subsequent application under TCP § 11.07(4)? ② Where is my application (original) now, so I can purchase a copy of the two exhibits I attached to send with my amended petition?

Thank You,

Joe Angel Acosta III
PRO-SE

JOE ANGEL ACOSTA III
#1844468 - Clements Unit
9601 Spur 591
Amarillo, TX, 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

# * I-60 INMATE REQUEST TO Official *

I request Confirmation of logging and mailing of legal mail sent to: Texas Court of Criminal Appeals - MR. Abel Acosta/Clerk - Capitol Station - P.O. Box 12308 - Austin, TX. 78711. — ON 11-16-15.

Thank You

*Second Request

recd
12-11-15

11/23/15

To: MRS. E. Reyes - Mailroom
Clements Unit

FROM: JOE ACOSTA #1844468
Clements - HSH-221

It was received & sent out on 11-16-15.